1   LAW OFFICES OF LAURENCE F. PADWAY
2   Laurence F. Padway (SBN 89314)
    1516 Oak Street, Suite 109
3   Alameda, CA 94501
    Tel:  510.814.6100
4   Fax:  510.814.0650
    *Attorneys for Plaintiff Dave Nagy*

5   BURKE, WILLIAMS & SORENSEN, LLP
6   Michael B. Bernacchi (SBN 163657)
    E-mail:  mbernacchi@bwslaw.com
7   444 South Flower Street, Suite 2400
    Los Angeles, CA  90071-2953
8   Tel:  213.236.0600
    Fax:  213.236.2700
9   *Attorneys for Defendants*
    *Group Long Term Disability Plan for*
10  *Employees of Oracle America, Inc. and*
    *Hartford Life and Accident Insurance Company*

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15

16  DAVE NAGY,                          Case No. 16-CV-05309-HSG

17              Plaintiff,              **STIPULATION AND ORDER**
                                        **CONTINUING CASE**
18  v.                                  **MANAGEMENT CONFERENCE**

19  GROUP LONG TERM                     Honorable Haywood S. Gilliam, Jr.
    DISABILITY PLAN FOR
20  EMPLOYEES OF ORACLE
    AMERICA, INC., and HARTFORD
21  LIFE AND ACCIDENT
    INSURANCE COMPANY,
22
                Defendants.
23

24

25      Whereas, the Court scheduled a Case Management Conference for December

26  20, 2016;

27

28      Whereas, counsel for plaintiff is unavailable to attend the Case Management

1  Conference due to a medical procedure requiring a three day hospitalization

2  beginning on December 19, 2016;

3

4       Whereas, the parties stipulate and respectfully request the Court to continue

5  the Case Management Conference to January 3, 2017.

6

7       IT IS SO STIPULATED.

8

9  Dated:  December 12, 2016              Law Offices of Laurence F. Padway

10

11                                        By: */s/ Laurence F. Padway*
                                              Laurence F. Padway
12                                            Attorneys for Plaintiff
                                              Dave Nagy
13

14

15 Dated:  December 12, 2016              Burke, Williams & Sorensen, LLP

16                                        By: */s/ Michael B. Bernacchi*
                                              Michael B. Bernacchi
17                                            Attorneys for Defendants
18                                            Group Long Term Disability Plan for
                                              Employees of Oracle America, Inc. and
19                                            Hartford Life and Accident Insurance
                                              Company
20

21

22                     CERTIFICATION RE SIGNATURES

23       I attest that concurrence in the filing of this document has been obtained from

24 the other Signatory.

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE MANAGEMENT
CONFERENCE

1    Dated:  December 12, 2016

2                                          /s/ Laurence F. Padway
                                          LAURENCE F. PADWAY
3

4

5

6                                          **ORDER**

7

8           Pursuant to stipulation, IT IS SO ODERED.  The Case Management

9    Conference is continued to January 3, 2017.

10

11

12   Dated:  December 13, 2016

13                                          Hon. Haywood S. Gilliam, Jr.
                                          United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER CONTINUING CASE MANAGEMENT
CONFERENCE