BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail:  kkojima@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendants
Group Long Term Disability Plan for Employees
of Oracle America, Inc. and Hartford Life and
Accident Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE NAGY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 3:16-cv-05309-HSG<br>[Related to Case No. 3:14-cv-00038-HSG]<br><br>DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT JANUARY 3, 2017 CASE MANAGEMENT CONFERENCE<br><br>Case Management Conference:<br>Date:　　January 3, 2017<br>Time:　　2:00 p.m.<br>Ctrm:　　10<br><br>Honorable Haywood S. Gilliam, Jr. |

　　　　Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and Hartford Life and Accident Insurance Company ("Hartford") (collectively "Defendants") hereby respectfully request that their counsel of record be allowed to appear by telephone at the Case Management Conference on January 3, 2017.  Defendants' counsel maintains their office in the

///

///

City of Los Angeles, California, which exceeds a distance of 380 miles to the courthouse.

Dated: December 27, 2016            BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Michael B. Bernacchi
　　Michael B. Bernacchi
　　Keiko J. Kojima
　　Attorneys for Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that Defendants' counsel may appear by telephone at the Case Management Conference on January 3, 2017. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: 12/27/2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge