LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700
*Attorneys for Defendants*
*Group Long Term Disability Plan for*
*Employees of Oracle America, Inc. and*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, | Case No. 16-CV-05309-HSG |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINES ON CROSS MOTIONS** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

Whereas, the Court's Minute Order of January 3, 2017, set the hearing and briefing schedule for cross motions as follows:

Last Day to File Cross-Motions                    March 9, 2017

| | | |
|---|---|---|
| 1 | Last Day to File Oppositions | April 13, 2017 |
| 2 | Hearing on Cross Motions | April 26, 2017 |

Whereas, counsel for plaintiff is scheduled for a cardiac ablation on March 6, 2017, and will require a few weeks for recovery;

Now therefore, the parties request that the hearing and briefing schedule be continued as follows:

| | | |
|---|---|---|
| | Last Day to File Cross-Motions | March 30, 2017 |
| | Last Day to File Oppositions | May 4, 2017 |
| | Hearing on Cross Motions | May 18, 2017 |

Dated: February 1, 2017        Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
      Laurence F. Padway
Attorneys for Plaintiff
Dave Nagy

Dated: February 1, 2017        Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
      Michael B. Bernacchi
Attorneys for Defendants
Group Long Term Disability Plan for
Employees of Oracle America, Inc. and
Hartford Life and Accident Insurance
Company

- 2 -            STIPULATION AND [PROPOSED] ORDER
                 TO EXTEND CROSS MOTION HEARING
                 AND BRIEFING SCHEDULE

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated:  February 1, 2017          /s/ Laurence F. Padway
                                   LAURENCE F. PADWAY

## **ORDER**

Pursuant to stipulation, IT IS SO ODERED.

Dated:  February 1, 2017          _____
                                   Hon. Haywood S. Gilliam, Jr.
                                   United States District Judge