LAW OFFICES OF LAURENCE F. PADWAY
Laurence F. Padway (SBN 89314)
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: 510.814.6100
Fax: 510.814.0650
*Attorneys for Plaintiff Dave Nagy*

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700
*Attorneys for Defendants
Group Long Term Disability Plan for
Employees of Oracle America, Inc. and
Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVE NAGY, | Case No. 16-CV-05309-HSG |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DATE FOR FILING OPPOSITIONS ON CROSS MOTIONS** |
| v. | |
| GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF ORACLE AMERICA, INC., and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

Whereas, the Court's Order of February 1, 2017, set the deadline of May 4, 2017 for filing oppositions to cross motions;

| | |
|---|---|
| 1 | Whereas, counsel for plaintiff underwent cardiac surgery in March, 2016, as a result of which work which would normally have been done in March was delayed into April and May, and counsel is attempting to limit his work hours as instructed by his cardiologist; and as a result of the foregoing, counsel for plaintiff requests an additional week to prepare the opposition to the cross-motions; and |

Whereas, counsel for plaintiff underwent cardiac surgery in March, 2016, as a result of which work which would normally have been done in March was delayed into April and May, and counsel is attempting to limit his work hours as instructed by his cardiologist; and as a result of the foregoing, counsel for plaintiff requests an additional week to prepare the opposition to the cross-motions; and

Whereas, counsel for defendant has agreed to this extension of time;

Now therefore, the parties request that the deadline for filing oppositions to cross-motions be continued to May 11, 2017.

Dated: May 3, 2017      Law Offices of Laurence F. Padway

By: */s/ Laurence F. Padway*
Laurence F. Padway
Attorneys for Plaintiff
Dave Nagy

Dated: May 3, 2017      Burke, Williams & Sorensen, LLP

By: */s/ Michael B. Bernacchi*
Michael B. Bernacchi
Attorneys for Defendants
Group Long Term Disability Plan for Employees of Oracle America, Inc. and Hartford Life and Accident Insurance Company

CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated: May 3, 2017 /s/ Laurence F. Padway
LAURENCE F. PADWAY

**ORDER**

Pursuant to stipulation, IT IS SO ODERED.

Dated: May 3, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge