UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE NAGY,<br><br>        Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 16-cv-05309-HSG<br><br>**JUDGMENT** |

The Court conducted a bench trial in this action on May 18, 2017. Lawrence F. Padway of Law Offices of Laurence F. Padway appeared on behalf of Plaintiff Dave Nagy ("Nagy") and Michael B. Bernacchi of Burke, Williams & Sorensen, LLP appeared on behalf of Defendants Group Long Term Disability Plan for Employees of Oracle America, Inc. ("the Plan") and Hartford Life and Accident Insurance Company ("Harford") (collectively "Defendants"). On May 11, 2018, the Court entered an order granting Defendants' motion for judgment and denying Plaintiff's motion for judgment, and made findings of fact and conclusions of law upholding Hartford's denial of long-term disability ("LTD") benefits.

//

//

//

//

//

//

//

Accordingly, for all of the reasons presented in the Court's Order, judgment is entered in favor of Defendants and against Nagy in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 5/11/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge